November 21, 1973.

M. P. No. 73-201. WAYNE R. BRADY v. JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus for the purpose of admitting petitioner to bail denied. *Leo Patrick McGowan,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

Ex No. 1575. STATE v. NICHOLAS A. PALMIGIANO. Defendant's pro se motion to make a certain transcript available to him is denied as moot. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Nicholas A. Palmigiano,* defendant, pro se.

APPEAL No. 73-238. MARJORIE EUSTIS v. ROBERT L. HEMPSTEAD. Motion of appellee-respondent, Marjorie Eustis, to dismiss appeal denied without prejudice. Motion of appellee-respondent, Marjorie Eustis, to adjudge appellant-petitioner in contempt denied without prejudice. Motion of appellant-petitioner, Robert L. Hempstead, for an order staying the enforcement of the decision entered in the Family Court on January 29, 1973, denied. *Sheffield & Harvey, William R. Harvey,* for appellee-respondent, Marjorie Eustis. *Temkin, Merolla & Zurier, Charles C. Dupre,* for appellant-petitioner, Robert L. Hempstead.

APPEAL No. 73-253. EDWARD J. SLATTERY v. SCHOOL COMMITTEE OF CRANSTON *et al.* Motion of plaintiff to dismiss defendants' appeal is denied without prejudice to the right to renew the motion at hearing on the merits. *Natale L. Urso,* for plaintiff. *Vincent J. Piccirilli,* for defendants.